UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| KENNETH CRAIN, Individually and For Others Similarly Situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 4:20-cv-008 |
| BERGAILA & ASSOCIATES, INC., | § § § | |
| Defendant. | § | |

### [PROPOSED] ORDER

On this day the Court considered the Parties' Joint Notice of Settlement and Motion to Extend Stay. Having considered the Motion, the Court is of the opinion that it should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that the stay of this matter is extended through October 30, 2020.

Signed this _____ day of _____, 2020

_____
David B. Fannin
United States Magistrate Judge

1

| | |
|---|---|
| Dated: August __, 2020 | Dated: August __, 2020 |
| **JOSEPHSON DUNLAP** | **LITTLER MENDELSON, P.C.** |
| */s/ DRAFT* | */s/ DRAFT (with permission)* |
| **Michael A. Josephson** | **Allison C. Williams** |
| TX Bar No. 24014780 | TX Bar No. 24075108 |
| **Andrew W. Dunlap** | **LITTLER MENDELSON, P.C.** |
| TX Bar No. 24078444 | **A Professional Corporation** |
| **Taylor A. Jones** | 1301 McKinney Street, Suite 1900 |
| TX Bar No. 24107823 | Houston, Texas 77010 |
| **Josephson Dunlap** | 713-951-9400 – Telephone |
| 11 Greenway Plaza, Suite 3050 | 713-951-9212 – Facsimile |
| Houston, Texas 77046 | acwilliams@littler.com |
| 713-352-1100 – Telephone | |
| 713-352-3300 – Facsimile | **Nicole S. LeFave** |
| mjosephson@mybackwages.com | TX Bar No. 24075108 |
| adunlap@mybackwages.com | **LITTLER MENDELSON, P.C.** |
| tjones@mybackwages.com | **A Professional Corporation** |
| | 100 Congress Avenue, Suite 1400 |
| **Richard J. (Rex) Burch** | Austin, Texas 78701 |
| TX Bar No. 24001807 | 512-982-7250 – Telephone |
| **Bruckner Burch PLLC** | 512-982-7248 – Facsimile |
| 8 Greenway Plaza, Suite 1500 | nlefave@littler.com |
| Houston, Texas 77046 | |
| 713-877-8788 – Telephone | **ATTORNEYS FOR DEFENDANT** |
| 713-877-8065 – Facsimile | **BERGAILA & ASSOCIATES, INC.** |
| rburch@brucknerburch.com | |
| **ATTORNEYS FOR PLAINTIFF AND PUTATIVE CLASS MEMBERS** | |

## CERTIFICATE OF SERVICE

I hereby certify that on August __, 2020, I served the foregoing on all parties and/or their counsel of record via the Court's CM/ECF filing system in accordance with the Federal Rules of Civil Procedure.

*/s/ DRAFT*

2

3

4847-8693-4728.1 106793.1001